VINCENT A. GORSKI
CHAPTER 7 TRUSTEE
P.O. BOX 10360
BAKERSFIELD, CA 93389-0360
(661) 735-1895   GorskiTrustee@gmail.com

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No: 11-19948-B-7 |
| BHOGAL, DEVINDER S. | Chapter 7 |
| Debtor. | **MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY** |
| | DCN: VG-001 |
| | DATE: FEBRUARY 9, 2012 |
| | TIME: 10:00 A.M. |
| | PLACE: 1300 18TH STREET, SUITE A BAKERSFIELD, CA |
| | Honorable W. RICHARD LEE |

Vincent A. Gorski, Chapter 7 Trustee (the "Trustee") of the estate of BHOGAL, DEVINDER S. (the "Debtor"), respectfully moves the Court for an order authorizing the sale of the bankruptcy estates' interest in certain personal property. The Trustee seeks to sell the bankruptcy estate's interest in 2005 Toyota Sienna Van LE on the following grounds:

### BACKGROUND

1. The Debtor filed a Voluntary Petition for relief under Chapter 7 of Title 11 of The United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of California, Fresno Division on September 2, 2011. The Trustee was appointed interim trustee on September 2, 2011 and became the case trustee following the first meeting of creditors convened on October 31, 2011 pursuant to Bankruptcy Code Section 702(d).

## JURISDICTION AND VENUE

2. This Court has jurisdiction over the issues raised in this matter pursuant to Sections 1334 and 157 of Title 28 of the United States Code and the general order of reference.

3. This is a core proceeding pursuant to Sections 157(b)(2)(A) and (N) of Title 28 of the United States Code.

4. Venue is proper pursuant to Section 1409(a) of Title 28 of the United States Code by virtue of this case pending before this Court.

5. This Motion is made pursuant to Sections 363(b), (d) and (f) of the Bankruptcy Code.

## FACTUAL BACKGROUND/TERMS OF SALE

6. The Trustee accepted the Debtor's offer of $6,000.00 for the bankruptcy estate's interest in a 2005 Toyota Sienna Van LE.

7. The fair market value of the 2005 Toyota Sienna Van LE is $8,600.00.

8. The Debtor claimed $2,725.00 in applicable exemptions to protect the equity in the 2005 Toyota Sienna Van LE.

9. The estate's interest in the 2005 Toyota Sienna Van LE after accounting for the Debtor exemptions is $6,000.00.

10. The Trustee considered the cost to take possession of the asset, costs associated with a public sale and the risk of receiving a lesser amount, in determining that the Debtor's offer is fair.

11. The Trustee is in possession of the proof of insurance on the vehicles, a copy of the certificate of title, and a deposit of $1,000.00.

12. The Trustee being informed that there are no significant tax consequences to the sale, believes that the proposed sale is in the best interest of the estate.

**WHEREFORE,** the Trustee respectfully petitions the Court for an order: (1) authorizing him to sell the above described 2005 Toyota Sienna Van LE to Devinder S. Bhogal for $6,000.00; (2) authorizing him to execute all necessary documents required to complete the sale of personal property to the Debtor; and (3) granting the Trustee and the bankruptcy estate all other just and proper relief.

**Date: December 21, 2011**

/s/ Vincent A. Gorski
Vincent A. Gorski
Chapter 7 Trustee